IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | 4:05-CR-241 |
| | § | |
| LISA LEIGH SHIELDS | § | |

## MEMORANDUM ORDER

The court referred a petition alleging violation of supervised release conditions to United States Magistrate Judge Chad Everingham, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. At the close of the Final Revocation hearing, the defendant and defendant's counsel reserved their right to object to the proposed findings and recommendations contained in the United States Magistrate Judge's report and to speak at sentencing; however, on January 15, 2009, the defendant and defendant's counsel filed a Consent to Revocation of Supervised Release and Waiver of Right to be Present and Speak at Sentencing. Accordingly, it is hereby

**ORDERED** that the defendant's plea of true to the allegations as set forth in the government's petition be **ACCEPTED**. Based upon the defendant's plea of true to the allegations, and with no objection by the defendant or the government, the court finds that the defendant violated the conditions of her supervised release. It is further

**ORDERED** that the defendant's supervised release be **REVOKED**. It is further

**ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be

1

imprisoned for a term of 14 months, with a term of 2 years supervised release to follow such term

of imprisonment.

**SIGNED this 23rd day of January, 2009.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE